UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUGLAS F. HERRIN, II                                                CIVIL ACTION NO.

VERSUS                                                                         15-CV-82-SDD-SCR

EAST BATON ROUGE SHERIFF'S OFFICE,
EAST BATON ROUGE PARISH PRISON,
CITY OF BATON ROUGE/PARISH OF EAST
BATON ROUGE, XYZ INSURANCE COMPANY,
LP NURSE A SCOTT, UNKNOWN NURSE,
DEPUTY FRANK HARRY, SHERIFF SID
GAUTREAUX, III, SHERIFF OF
EAST BATON ROUGE PARISH

### RULING

This matter is before the Court on the *Motion to Continue Motion for Summary Judgment*[1] by Plaintiffs. Defendants oppose the motion.[2] The Court has considered the arguments of all parties and believes it is in the interests of justice and judicial economy to consider summary judgment motions after the close of discovery. Accordingly, the *Motion to Continue Motion for Summary Judgment*[3] is GRANTED, the *Motion for Expedited Consideration*[4] is GRANTED, and the pending *Motions for Summary*

---

[1] Rec. Doc. No. 122.
[2] Rec. Doc. No. 124.
[3] Rec. Doc. No. 122.
[4] Rec. Doc. No. 123.
Document Number: 31898

Judgment[5] are DENIED without prejudice to the right of Defendants to refile and/or supplement these motions at the appropriate time.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 20 day of April, 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[5] Rec. Doc. Nos. 53, 111.
Document Number: 31898