UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUGLAS F. HERRIN, II

VERSUS

EAST BATON ROUGE
SHERIFF'S OFFICE, ET AL.

CIVIL ACTION

NO. 15-82-SDD-EWD

RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Erin Wilder-Doomes dated July 6, 2016. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss[1] is granted, dismissing any claims asserted against the City of Baton Rouge/Parish of East Baton Rouge based on 42 U.S.C. § 1983 with prejudice and dismissing the state-law negligence claim asserted against the City/Parish without prejudice.

**IT IS FURTHER ORDERED** that the Motion for Leave to File Amendment to Pending Motion to Dismiss[2] is granted.

Baton Rouge, Louisiana, August  11th , 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. doc. 114.
[2] Rec. doc. 126.